IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-01112-RM-SKC

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

COLEMAN, BVCC Associate Warden,
DAVID LISAC, Major, and
TRESCH, Corrections Officer,

    Defendants.

## APPOINTMENT ORDER

Before the Court is Plaintiff's Motion for Reassignment of Voluntary Counsel (ECF No. 108), seeking referral back to the Civil Pro Bono Panel. In accordance with D.C.COLO.LAttyR 15, the Court hereby determines that Plaintiff merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met:

    (1) the nature and complexity of the action;

    (2) the potential merit of the claims or defenses of the unrepresented party;

    (3) the demonstrated inability of the unrepresented party to retain an attorney by other means; and

    (4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, Plaintiff's Motion (ECF No. 108) is GRANTED, and it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent Plaintiff in this civil matter, including by seeking the assistance of the Pro Bono Mediation Panel.  Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program.  The Court cautions that Plaintiff is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

DATED this 9th day of December, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge