**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01112-RM-SKC

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

COLEMAN, BVCC Associate Warden,
DAVID LISAC, Major, and
TRESCH, Corrections Officer,

    Defendants.

---

## ORDER
---

    Before the Court is Plaintiff's Motion for Reconsideration (ECF No. 120), requesting that the Court vacate its December 10, 2021, Order (ECF No. 112) granting Defendants' Motion in Limine (ECF No. 90). Weeks after the Order was issued, Plaintiff's new pro bono counsel entered an appearance in this case. (ECF No. 117.) Plaintiff contends that his failure to respond to Defendants' Motion was due to his prior counsel's ineffectiveness.

    In their Response (ECF No. 125), Defendants state they would have no objection so long as they are allowed to re-file their Motion in Limine by the current deadline, which is December 7, 2022.

    Therefore, and in light of the upcoming Trial Preparation Conference set for January 20, 2023, the Court ORDERS that:

    (1)    the December 10, 2021, Order (ECF No. 112) is VACATED,

(2) Plaintiff has twenty-one days from the date of this Order to file a Response to Defendants' Motion in Limine (ECF No. 90);

(3) Defendants' shall have fourteen days from the Response to file a Reply; and

(4) Plaintiff's Objection regarding the Motion in Limine (ECF No. 114) is OVERRULED AS MOOT.

The Court further ORDERS that, given the staleness of the Final Pretrial Order that was entered in this case more than two years ago and at a time when Plaintiff was proceeding pro se, the parties are directed to contact the chambers of United States Magistrate Judge S. Kato Crews to set this matter for a new Final Pretrial Conference ahead of the scheduled Trial Preparation Conference.

DATED this 13th day of October, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge